# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                                CASE NO. 3:97cr80/RV

STEPHEN EMMANUEL LANGLEY

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on ___February 13, 2006___

Motion/Pleadings: ___MOTION to correct sentence Pursuant to Rule 60(b)(1)(6)___

Filed by ___Defendant___ on ___12/29/2005___ Doc.# ___193___

RESPONSES:

___United States___ on ___2/10/2006___ Doc.# ___199___

_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

___s/Jerry Marbut___

LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this ___14th___ day of ___February___, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) _____*

___/s/ Roger Vinson___

**ROGER VINSON**
**Senior United States District Judge**